1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW C. BOCKMON, #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOSE GUADALUPE LOPEZ-LOPEZ

6

7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,            )   NO. 2:13-CR-188 GEB
                                        )
11                Plaintiff,            )   **STIPULATION AND [Proposed] ORDER**
                                        )   **CONTINUING STATUS CONFERENCE**
12       v.                             )   **AND EXCLUDING TIME**
                                        )
13 JOSE GUADALUPE LOPEZ-LOPEZ,          )   DATE:     July 12, 2013
                                        )   TIME:     9:00 a.m.
14                Defendant.            )   JUDGE:    Hon. Garland E. Burrell, Jr.
                                        )
15 _____ )

16        JOSE GUADALUPE LOPEZ-LOPEZ by and through his counsel, MATTHEW C. BOCKMON,

17 Assistant Federal Defender, and NIRAV DESAI, Assistant United States Attorney, hereby agree that the

18 status conference set for June 28, 2013, be continued to July 12, 2013, at 9:00 a.m.

19        This continuance is being requested because defense counsel requires additional time to receive

20 and review the proposed plea agreement with the defendant and to further investigate and discuss the case

21 with the government.

22        Counsel agrees that the time from June 19, 2013 through July 12, 2013, should be excluded in

23 computing the time within which trial must commence under the Speedy Trial Act,

24 §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice

25 served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

26 / / /

27 / / /

28 / / /

1   DATED: June 19, 2013                    Respectfully submitted,

2                                           HEATHER E. WILLIAMS
                                            Federal Defender
3
                                            /S/ Matthew C. Bockmon
4                                           MATTHEW C. BOCKMON
                                            Assistant Federal Defender
5                                           Attorney for Defendant
                                            JOSE GUADALUPE LOPEZ-LOPEZ
6

7
    DATE: June 19, 2013                     BENJAMIN B. WAGNER
8                                           United States Attorney

9
                                            /S/ Matthew C. Bockmon for
10                                          NIRAV K. DESAI
                                            Assistant United States Attorney
11
                              **O R D E R**
12
            IT IS HEREBY ORDERED that this matter is continued to July 12, 2013, at 9:00 a.m., for further
13
    Status Conference.
14
            IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4,
15
    the period from June 19, 2013 up to and including July 12, 2013, is excluded from the time computations
16
    required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served
17
    by this continuance outweigh the best interests of the public and the defendants in a speedy trial.
18
    Dated:  June 20, 2013
19

20
                                            _____
21                                          GARLAND E. BURRELL, JR.
                                            Senior United States District Judge
22

23

24

25

26

27

28